ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 APR 22 PM 3:54
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CARLTON WRIGHT, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 312-011 |
| WALT WELLS, Warden, | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition brought pursuant to 28 U.S.C. § 2241 is **DENIED**, this civil action shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent Wells.

SO ORDERED this 22nd day of April, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE